**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 18, 2020

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Roffman*, 17 Cr. 634 (NRB)

Dear Judge Buchwald:

On February 13, 2020, the defendant in the above-captioned case filed a motion to suppress evidence obtained from the defendant's apartment pursuant to a search warrant and statements made by the defendant on or about September 17, 2017. The Government's response is currently due on February 28.

As described in the Government's letter of February 13, 2020 (ECF No. 54), the Assistant United States Attorney who has handled this matter will be unable to try the case due to a conflicting trial. Accordingly, the undersigned Assistant was assigned today to this case.

The Government now respectfully requests a two-week extension of its deadline to oppose the motion to suppress, until March 13, 2020. Defense counsel does not object to this request.

*So Ordered.*

Naomi Reice Buchwald, USDJ
2/24/20

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345