# Patrick J. Joyce Esq.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-2711

April 30, 2020

Honorable Naomi Reice Buchwald
United States District Court Judge
United States District Court
40 Foley Square
New York, New York 10007

>        Re:     USA v. Craig Roffman
>                1:17-cr-00634-NRB

Dear Judge Buchwald,

I am the attorney for Craig Roffman, the defendant in the above-captioned case. Presently, Mr. Roffman has a control date scheduled for Monday, May 4, 2020. By way of this letter, I respectfully request an adjournment of Mr. Roffman's control date. I have spoken to the Government, and we have agreed to a 6-week adjournment. I therefore respectfully request a new date for a time convenient to the Court during the week of June 15, 2020.

This is assigned counsel's second request for an adjournment. The first request was granted October 22, 2019. I waive speedy trial time.

Respectfully submitted,

Patrick Joyce

CC:   AUSA Benjamin Schrier
      *via ecf*

The control date is adjourned until June 15, 2020.  Speedy trial time is excluded until June 15, 2020.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: May 1, 2020