```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA

            - against -                                    ORDER

                                                    17 CR 634 (NRB)
CRAIG ROFFMAN,

                   Defendant.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** on October 13, 2020, the defendant pled guilty, it is hereby

    **ORDERED** that bail is revoked and Mr. Roffman is remanded.

Dated:    New York, New York
            October 13, 2020

 

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE